IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation;<br><br>Plaintiff,<br><br>vs.<br><br>HERBEK CONSTRUCTION, LLC, a Nebraska limited liability company; and HERBEK & BASSETT CONSTRUCTION, LLC, a Nebraska limited liability company;<br><br>Defendants. | 8:16CV353<br><br>ORDER TO SHOW CAUSE |

The Court's records show the Office of the Clerk of Court sent a notice on May 5, 2017 (Filing No. 37), to Jason G. Ausman by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on July 13, 2017 , the attorney had not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED:**

**On or before July 27, 2017,** attorney Jason G. Ausman, shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in the Court removing Jason G. Ausman as counsel of record for the Plaintiff.

Dated this 14th day of July, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge