IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation;<br><br>Plaintiff,<br><br>vs.<br><br>HERBEK CONSTRUCTION, LLC, a Nebraska limited liability company; and HERBEK & BASSETT CONSTRUCTION, LLC, a Nebraska limited liability company;<br><br>Defendants. | 8:16CV353<br><br>ORDER |

Jason G. Ausman is listed as counsel of record for Plaintiff. Court records show the Office of the Clerk of Court sent a notice on May 5, 2017 (Filing No. 37) to: Jason G. Ausman, by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within thirty days. As of the close of business on July 13, 2017, the attorney had not complied with the request set forth in the notice from the Office of the Clerk. On July 14, 2017, the Court directed the attorney to pay the assessment or show cause why he could not comply with the rules of the Court by July 27, 2017. (Filing No. 45.) Jason G. Ausman did not respond to the Court's order.

Accordingly,

IT IS ORDERED:

Jason G. Ausman is stricken as an attorney of record for Plaintiff. Said attorney may apply to be readmitted as an attorney of record only after paying the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h).

Dated this 28th day of July, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge