# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation, | CIVIL ACTION NO.: 8:16-cv-353 |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| HERBEK CONSTRUCTION, LLC, a Nebraska limited liability company; and HERBEK & BASSETT CONSTRUCTION, LLC, a Nebraska limited liability company, | |
| Defendants. | |

This cause came to the attention of the Court upon the Joint Stipulation for Dismissal With Prejudice filed herein by the parties.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED, that the cause above-captioned be and the same hereby is dismissed, with prejudice to the bringing of a future action with each party to pay its own costs.

DATED, ENTERED, AND FILED this 26th day of July, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

PREPARED BY:
Stephen L. Ahl, #10036
Wolfe, Snowden, Hurd,
   Luers & Ahl, L.L.P.
1248 "O" Street, Suite 800
Lincoln, NE 68508

cc: Richard R. Rardin
   Stephen L. Ahl